# United States District Court
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| ZACHARY CHAPMAN | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:21-CV-987-S |
| | § | |
| C.R. BARD, INC., et al. | § | |

## ORDER

The parties have advised the Court that the parties have settled this case but require several months to finalize the settlement. Accordingly, the parties' joint request to continue the stay in this case [*see* ECF No. 46] is **GRANTED IN PART** and this case is **ABATED** and **ADMINISTRATIVELY CLOSED** for statistical purposes without prejudice to its being reopened to enter a judgment or order of dismissal or for further proceedings if the settlement is not consummated.

**SO ORDERED.**

SIGNED May 5, 2021.

**KAREN GREN SCHOLER**
**UNITED STATES DISTRICT JUDGE**